**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-7020**

DOUGLAS R. VAUGHN,

                Plaintiff - Appellant,

        v.

DEPUTY PIDEA; DEPUTY DENTON,

                Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:19-cv-00564-LMB-TCB)

Submitted:  November 1, 2019                    Decided:  November 7, 2019

Before THACKER, RICHARDSON, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Douglas R. Vaughn, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas R. Vaughn appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint without prejudice for failing to comply with a court order under Fed. R. Civ. P. 41(b).* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Vaughn v. Pidea*, No. 1:19-cv-00564-LMB-TCB (E.D. Va. filed July 2, 2019 & entered July 3, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

* Although Vaughn contends that he submitted the forms required by the district court to proceed without prepaying the filing fee, the required forms have not been filed in this case.